UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

William Edgar Lewis Jr, aka Lewdo

Monique Naté Holmes, aka MoBetta

CIVIL CASE NO: _____
(to be supplied by Clerk of the District Court)

(Enter above the full name of plaintiff in this action)

v.

York County Sheriff Richard P. Keuerleber,

York County Sheriff's Deputy #12-347,

York County Sheriff's Deputy #12-334,

York County Sheriff's Deputy #12-235, et al

(Enter above the full name of the defendant(s) in this action)

## COMPLAINT

1. The plaintiff William E. Lewis, Jr & Monique N. Holmes a citizen of the County of York State of Pennsylvania, residing at 132 Chesapeake Estates, Thomasville PA 17364 wishes to file a complaint under 42 U.S.C. § 1983, 18 U.S.C. §§ 241, 242

42 U.S.C. § 1983, 18 U.S.C. §§ 241, 242 (give Title No. etc.)

2. The defendant is York County Sheriff Richard P. Keuerleber, York County Sheriff's Deputy #12-347, York County Sheriff's Deputy #12-334, York County Sheriff's Deputy #12-235, York County Sheriff's Office, et al

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

**VERIFIED COMPLAINT FOR:**

**3. (CONTINUED)**

1. Violation of Civil Rights under 42 U.S.C. § 1983 for deprivation of constitutional rights, including 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 13th & 14th Amendments.

2. Conspiracy to violate civil rights under 18 U.S.C. § 241 and 242 for actions aimed at interfering with Plaintiffs' rights.

3. Fraudulent activity under 18 U.S.C. §§ 1001, 1341, 1343, and 1621 for False Statements and Falsification of Records.

A more detailed Statement of Claims is attached in the full Complaint.

**4. WHEREFORE, plaintiff prays that** Plaintiffs respectfully request the following relief:

1. Maximum compensatory damages per Incident, per Plaintiff, pursuant to 42 U.S.C. § 1983, against each Defendant individually.

2. Punitive damages per incident, per Plaintiff, against each Defendant individually.

3. Injunctive relief as appropriate.

4. Special damages per incident, per Plaintiff, against each Defendant individually.

5. Any other relief the Court deems just and proper.

A full Prayer for Relief is attached as a separate document.

*(Signature of Plaintiff)*

William Edgar Lewis Jr / Monique Naté Holmes

(Printed Name of Plaintiff)

132 Chesapeake Estates

Thomasville, PA 17364

(Address of Plaintiff)

(717) 714 - 1174 / (717) 495 - 0260

(Phone Number of Plaintiff)