# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** : | **Civ. No. 1:25-CV-447** |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | **(Magistrate Judge Carlson)** |
| : | |
| **RICHARD KEUERLEBER, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

In accordance with the accompanying Memorandum Opinion IT IS ORDERED that the plaintiffs' the motion for entry of default, (Doc. 27), is DENIED.

So ordered this 14th day of May 2025.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge