IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | : | Civ. No. 1:25-CV-447 |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **RICHARD KEUERLEBER, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

AND NOW this 30th day of May 20205, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiffs' motion for a preliminary injunction (Doc. 13) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge