IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM EDGAR LEWIS, et al., | : Civ. No. 1:25-CV-447 |
| Plaintiffs, | : |
| v. | : |
| | : (Magistrate Judge Carlson) |
| RICHARD KEUERLEBER, et al., | : |
| Defendants. | : |

## ORDER

AND NOW this 2d day of June 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiffs' motion for a preliminary injunction (Doc. 72) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge