## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | : | **Civ. No. 1:25-CV-447** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **RICHARD KEUERLEBER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW this 10th day of June 20205, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiffs' motion for sanctions, which seeks to enjoin state court proceedings, (Doc. 116) is DENIED.

<u>*S/ Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge

14