# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | : | Civ. No. 1:25-CV-447 |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **RICHARD KEUERLEBER, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

In accordance with the accompanying Memorandum IT IS ORDERED that the plaintiffs' motion to reconsider, (Doc. 128), is DENIED.

So ordered this 18th day of June 2025.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge

7