IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM EDGAR LEWIS, et al.,** | : | Civ. No. 1:25-CV-447 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| | : | |
| **RICHARD KEUERLEBER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 8th day of July 2025, in accordance with the accompanying Memorandum, IT IS ORDERED that the plaintiffs' motion for sanctions, (Doc. 98) is DENIED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

10