IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM EDGAR LEWIS, et al., | Civ. No. 1:25-CV-447 |
| Plaintiffs, | |
| v. | |
| | (Magistrate Judge Carlson) |
| RICHARD KEUERLEBER, et al., | |
| Defendants. | |

# ORDER

AND NOW this 30th day of September 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the Defendants' motions to dismiss, (Docs. 162, 163) are GRANTED. The clerk is directed to CLOSE this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge